**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

AVROHOM DIER
on behalf of himself and
all other similarly situated consumers

Plaintiff,

-against-

CREDIT CONTROL SERVICES, INC.
D/B/A CREDIT COLLECTION
SERVICES

Defendant.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 10 2016 ★
BROOKLYN OFFICE

Civil Action No.
1:16-cv-00466-CBA-ST

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. § 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its respective attorneys' fees and costs.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

/s/ Mathew B. Johnson
Matthew Johnson
88 Pine Street, 21st Floor
New York, New York 10005
Ph: 212.376.6433
*Attorneys for Defendant*

ADAM J. FISHBEIN, P.C.

/s/ Adam J. Fishbein
Adam J. Fishbein
483 Chestnut Street
Cedarhurst, New York 11516
Ph: 516.791.4400
*Attorneys for Plaintiff*

SO ORDERED:

s/Carol Bagley Amon
U.S.D.J.
6/8/16